1
2
3
4
5
6
7
8
9
10 **UNITED STATES DISTRICT COURT**
11 **SOUTHERN DISTRICT OF CALIFORNIA**
12

MARQUISE GRADY,

                Petitioner,

   v.

M.D. BITER,

                Respondent.

Case No. 13-cv-2479-BAS(MDD)

**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**

**[ECF No. 60]**

     On February 10, 2016, this Court overruled Petitioner Marquise Grady's objections, adopted the magistrate judge's report and recommendation in its entirety, and denied Mr. Grady's habeas petition. Judgment was entered the next day. However, Mr. Grady did not receive a copy of the order until August 16, 2016. Then the Court granted in part and denied in part Mr. Grady's motion for "relief from the judgment," which effectively requested an extension of time to file a motion for reconsideration and a notice of appeal. Only the former was granted. Mr. Grady now moves for reconsideration.

//

In his motion for reconsideration, Mr. Grady presents arguments that either have been raised or could have been raised either in his traverse to the answer or objections to the Report & Recommendation. Such arguments are not properly raised in a reconsideration motion. *See Exxon Shipping Co. v. Baker*, 554 U.S. 471, 485 n.5 (2008) ("[A Rule 59(e) motion] 'may not be used to relitigate old matters, or to raise arguments or present evidence that could have been raised prior to the entry of judgment.'"); *San Luis & Delta-Mendota Water Auth. v. U.S. Dep't of Interior*, 624 F. Supp. 2d 1197, 1208 (E.D. Cal. 2009) ("[A] Rule 60(b)(1) reconsideration motion should not merely present arguments previously raised, or which could have been raised in the original briefs."); *see also Ausmus v. Lexington Ins. Co.*, No. 08-CV-2342-L, 2009 WL 2058549, at *2 (S.D. Cal. July 15, 2009) (Lorenz, J.) ("[A]fter thoughts" or "shifting of ground" do not constitute an appropriate basis for reconsideration.). Because the arguments presented either are not properly before the Court under either Rule 59(e) or Rule 60(b), the Court **DENIES** Mr. Grady's motion for reconsideration. *See id.*

**IT IS SO ORDERED.**


**DATED:  April 10, 2017**

Hon. Cynthia Bashant
United States District Judge

13cv2479